In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00248-CR**

_____

**JHONNY STIVEN LUCCHINI-MOSQUERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-10-10318-CR**

## MEMORANDUM OPINION

On June 7, 2016, the trial court sentenced Jhonny Stiven Lucchini-Mosquera on a conviction for theft. Lucchini-Mosquera filed a notice of appeal on July 8, 2016. The certification from the trial court reflects that this is a plea-bargain case, and the certification further indicates that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On July 11, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for

continuing his appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 23, 2016
Opinion Delivered August 24, 2016
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.

2